UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                        CASE NO. 09-10254-GVL1
                                              CHAPTER 13
STEVEN EARL BROOKER
CAROLYN MARIE BROOKER

             Debtor(s)         /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: C. VERNON MIZE, JR. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 413985 in the amount of 17.40 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

STEVEN EARL BROOKER           C VERNON MIZE JR
CAROLYN MARIE BROOKER         640 ENTERPRISE ROAD
8016 N.E. 57TH TERRACE        OSTEEN, FL 32764
GAINESVILLE, FL 32609

AND

MICHAEL D. BRUCKMAN, ESQ.
1624 NW 6TH STREET
GAINESVILLE, FL 32609

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
5/31/2011  3:05 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE