**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

IN RE:                                               CASE NO. 09-10254-GVL1
                                                     CHAPTER 13
STEVEN EARL BROOKER
CAROLYN MARIE BROOKER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: C. VERNON MIZE, JR. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417473 in the amount of 17.40 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF THE CHAPTER 13 TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| STEVEN EARL BROOKER | C VERNON MIZE JR |
| CAROLYN MARIE BROOKER | 640 ENTERPRISE ROAD |
| 8016 N.E. 57TH TERRACE | OSTEEN, FL 32764 |
| GAINESVILLE, FL 32609 | |

AND

MICHAEL D. BRUCKMAN, ESQ.
1624 NW 6TH STREET
GAINESVILLE, FL 32609

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
7/28/2011  2:29 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
```